# EXHIBIT A



Image from Trainwreck Program



Image of Cary Jones

