UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY JONES,<br><br>      Plaintiff,<br><br>v.<br><br>NETFLIX, INC. et al.,<br><br>      Defendants. | Case No. 2:25-cv-09259-SB-KS<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

      The complaint was filed on September 28, 2025.  Although Plaintiff did not serve Defendants within 90 days, he sought issuance of summons (after two prior requests for summons were rejected as deficient) before the deadline to serve expired, and summons were not issued until January 5.  Since that time, however, Plaintiff still has not filed proof of service on any defendant.  Plaintiff is ordered to show cause, in writing, no later than January 21, 2026, why this action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants have been served or a showing of good cause supporting a request to extend the service period.  The filing of proofs of service as to all Defendants shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: January 13, 2026

                                         Stanley Blumenfeld, Jr.
                                       United States District Judge